

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00547-CV

**STATE** of Texas,
Appellant

v.

William **MCMANUS**, in his official capacity as the Chief of San Antonio Police Department,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-00942
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: August 31, 2022

DISMISSED

Appellant filed a motion to dismiss this appeal because the parties have reached a settlement. Appellee filed an advisory confirming the settlement and indicating appellee does not oppose the motion to dismiss. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM